UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHELLE GARCIA, | ) |
| Plaintiff, | ) 2:11-cv-548-KJD–LRL |
| vs. | ) |
| NINE GROUP, LLC, etc., *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on a Motion to Waive Attendance of Insurance Carrier Representative at Early Neutral Evaluation (#27).

The Court having reviewed the Motion (#27), the Response (#28) and the Reply (#29) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Waive Attendance of Insurance Carrier Representative at Early Neutral Evaluation (#27) is **DENIED**.

DATED this  11th  day of August, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge