1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No.  1099
   DANA B. KRULEWITZ, ESQ.
3  Nevada Bar No. 011180
4  3800 Howard Hughes Parkway
   Suite 950
5  Las Vegas, NV  89169
   Telephone:  (702) 252-3131
6  Facsimile:  (702) 252-7411

7
   Attorneys for Defendants
8  N-M VENTURES, LLC and
   RAUL DANIELS

9                      **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11 MICHELLE GARCIA,                    )
12                                     )  Case No. 2:11-cv-00548-KJD-LRL
                   Plaintiff,          )
13                                     )
        vs.                            )
14                                     )  **STIPULATION AND ORDER OF**
15 NINE GROUP, LLC, a Delaware limited )  **DISMISSAL**
   liability corporation; NINE GROUP II,)
16 LLC, a Delaware limited liability company;)
   NINE GROUP MANAGEMENT, INC., a     )
17 Nevada corporation; NINE GROUP     )
   MANAGEMENT II, INC., a Nevada       )
18 corporation; N-M VENTURES, LLC, a   )
   Nevada limited liability company; N-M)
19 VENTURES II, LLC, a Nevada limited  )
   liability company; RAUL DANIELS, an )
20 individual,                         )
21                                     )
                   Defendants.         )
22 _____ )

23
        IT IS HEREBY STIPULATED AND AGREED by and between counsel for
24
   Plaintiff and counsel for Defendants, N-M Ventures, LLC and Raul Daniels, that this
25
   matter be dismissed as to said Defendants with prejudice, with each party to bear their
26

27

28

**FISHER & PHILLIPS LLP**
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169

LasVegas 90984.1

own costs and attorney's fees.

FISHER & PHILLIPS LLP

 /s/ Scott M. Mahoney, Esq.
SCOTT M. MAHONEY, ESQ.
DANA B. KRULEWITZ, ESQ.
3800 Howard Hughes Parkway
Suite 950
Las Vegas, Nevada 89169
Attorneys for Defendants
N-M Ventures LLC and
Raul Daniels

TANNER LAW FIRM

 /s/ David A. Tanner, Esq.
DAVID A. TANNER, ESQ.
9555 S Eastern Ave., Suite 270
Las Vegas, NV 89123
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____9/19/11_____

LasVegas 90984.1

FISHER & PHILLIPS LLP
3800 Howard Hughes Parkway, Suite 950
Las Vegas, Nevada 89169